**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SCARLETT TONER, ON HER OWN
BEHALF AND ON BEHALF OF THOSE
SIMILARLY SITUATED,

                Plaintiffs,

-vs-                                            Case No. 6:08-cv-279-Orl-28KRS

M/I HOMES OF ORLANDO, LLC,
WILLIAM B. WHEATON,

                Defendants.

---

## ORDER

This case is before the Court on the Amended Joint Motion for Approval of Settlement (Doc. No. 29) filed June 18, 2008. The United States Magistrate Judge has submitted a report recommending that the amount received by Plaintiff be found to be a fair and reasonable resolution of a bona fide dispute over the Fair Labor Standard Act ("FLSA") issues.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 19, 2008 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The collective action allegations in the complaint are dismissed.

3. The amount received by Plaintiff Toner is a fair and reasonable resolution of a bona fide dispute over FLSA provisions.

4. This case is dismissed as to Plaintiff Toner with prejudice.

5. The Court does not reserve jurisdiction to enforce the settlement agreement.

6. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 9 day of July, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party